IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:                                                    Case No.: 21-03342-MCF

OSCAR E. GONZALEZ ROMAN                                   Chapter 7

Debtor
_____/

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' DISCHARGE UNDER SECTION 727 AND/OR FOR DISMISSAL OR CONVERSION FOR ABUSE UNDER SECTION 707(b)**

**TO THE HONORABLE COURT**:

The TRUSTEE, NOREEN WISCOVITCH RENTAS, moves the Court for an Order extending the time to object to Debtor(s) discharge and/or for dismissal or conversion, on behalf of the Bankruptcy Estate and the United States Trustee Office pursuant to Federal Rules of Bankruptcy Procedure 2002 and 4004 and in compliance with Section 11 U.S.C. 707(b) and §727 of the Bankruptcy Code and, in support, states:

1. The Debtor filed a voluntary Bankruptcy Petition under the Chapter 7 of the Bankruptcy Code on November 9, 2021. The appearing trustee was appointed as such by this Honorable Court on November 10, 2021.

2. The initial 341 meeting of creditor was set for December 9, 2021, at 9:15am, and has been continued as follow: December 16, 2021, at 11:30am; and February 10, 2022, at 3:30pm to be held via telephone conference. There are still pending matter to discuss in the case.

3. The last day to object to the Debtors discharge is February 7, 2022. The Trustee seeks a 60-day extension of time to object to Debtors' Discharge and, on behalf of the United

1

States Trustee Office, to move for a dismissal or conversion under 707(b); to and including, April 9, 2022.

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests the Court to enter an Order extending the time for the Bankruptcy Trustee and the Office of the United States Trustee to object to the Debtor's discharge and/or for the dismissal or conversion under Section 707(b); to and including, April 9, 2022, and for any further relief this Court deems just and proper under the circumstances of this case.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by U.S. First class mail this 31st day of January 2022, to Debtor, Oscar Eugenio Gonzalez Roman, at HC-02 Box 12355, Moca, PR 00676 and to his counsel at his email of record, Santiago Mari Roca, Esq. at smari_roca@yahoo.com.

**/s Noreen Wiscovitch-Rentas**
NOREEN WISCOVITCH RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
E-mail: noreen@nwr-law.com

2